(No. 6441—

HOLIDAY INN SOUTH, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PERSONNEL, Respondent.

341

*Opinion filed February 17, 1972.*

HOLIDAY INN SOUTH, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.